```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 09 B 01206
   MAHD I REZIQ
   VICKIE H REZIQ                             CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7286    SSN XXX-XX-8788

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/16/2009 and was not confirmed.

     The case was converted to chapter 7 without confirmation 02/11/2009.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
 FORD MOTOR CREDIT          SECURED NOT I    18656.91            .00            .00
 GMAC                       SECURED NOT I        .00             .00            .00
 GMAC                       UNSECURED      NOT FILED             .00            .00
 GMAC                       SECURED NOT I        .00             .00            .00
 IL STATE DISBURSEMENT UN   DSO ARREARS    NOT FILED             .00            .00
 ILLINOIS TOLLWAY AUTHORI   PRIORITY       NOT FILED             .00            .00
 INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED             .00            .00
 TARGET NATIONAL BANK       NOTICE ONLY    NOT FILED             .00            .00
 APPLIED CARD BANK          UNSECURED      NOT FILED             .00            .00
 CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED             .00            .00
 CAPITAL ONE                UNSECURED      NOT FILED             .00            .00
 CARSON PIRIE SCOTT RETAI   UNSECURED      NOT FILED             .00            .00
 CITY OF CHICAGO PARKING    UNSECURED      NOT FILED             .00            .00
 CREDIT ONE BANK            UNSECURED      NOT FILED             .00            .00
 PRA RECEIVABLES MGMT       UNSECURED         252.66             .00            .00
 FNCC                       UNSECURED      NOT FILED             .00            .00
 FIRST PREMIER BANK         UNSECURED      NOT FILED             .00            .00
 GMAC                       UNSECURED      NOT FILED             .00            .00
 HSBC                       UNSECURED      NOT FILED             .00            .00
 AT&T                       UNSECURED      NOT FILED             .00            .00
 IL TANF                    UNSECURED      NOT FILED             .00            .00
 MERRICK BANK               UNSECURED        1122.17             .00            .00
 R K GULIANI MD             UNSECURED      NOT FILED             .00            .00
 TARGET NATIONAL BANK       UNSECURED      NOT FILED             .00            .00
 THE HOME DEPOT/CBUSA       UNSECURED      NOT FILED             .00            .00
 US BANK                    UNSECURED      NOT FILED             .00            .00
 WOMAN WITHIN               UNSECURED      NOT FILED             .00            .00
 BIZAR & DOYLE LLC          DEBTOR ATTY         .00                             .00
 TOM VAUGHN                 TRUSTEE                                             .00
 DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 09 B 01206 MAHD I REZIQ & VICKIE H REZIQ
```

```
TRUSTEE                                                     .00

PRIORITY                                                                   .00
SECURED                                                                    .00
UNSECURED                                                                  .00
ADMINISTRATIVE                                                             .00
TRUSTEE COMPENSATION                                                       .00
DEBTOR REFUND                                                              .00
                                        ---------------    ---------------
TOTALS                                              .00                .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/17/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 09 B 01206 MAHD I REZIQ & VICKIE H REZIQ